UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ECORPS LLC**                                                                                    **PLAINTIFF**

v.                                                              **CIVIL ACTION NO. 3:18CV-195-JHM**

**JESUS AND A JOB GROUP**                                                          **DEFENDANT**

### MEMORANDUM OPINION

Exzabein Miller, a non-attorney, filed a complaint listing ECORPS LLC as the sole Plaintiff.

By Order entered May 10, 2018 (DN 4), the Court ruled that Mr. Miller cannot represent ECORPS LLC and that Plaintiff ECORPS LLC cannot appear before the Court *pro se*. The Court, therefore, ordered that Plaintiff ECORPS LLC shall have 45 days from entry of the Order to retain counsel who will file an appearance on its behalf. The Court warned that failure to comply would result in dismissal of the action.

Well over 45 days have passed, and the record reveals that counsel has not entered an appearance on behalf of Plaintiff ECORPS LLC and that no action has been taken herein.

Because this action cannot proceed without counsel, the Court will dismiss this action without prejudice by separate Order.

Date: July 31, 2018

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
4414.005